UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DIANE SCHOONOVER, ) | |
| ) | |
| Plaintiff, ) | JURY DEMAND |
| ) | |
| v. ) | NO.: 1:10-cv-252 |
| ) | |
| UNITED OF OMAHA ) | Mattice/Carter |
| LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## SUGGESTION OF DEATH UPON THE RECORD

D. Seth Holliday, as attorney for Diane Schoonover, suggests upon the record, pursuant to Rule 25 (a)(1), the death of Diane Schoonover, Plaintiff, during the pendency of this action.

Attached as Exhibit "A" is Plaintiff's Certificate of Death.

Dated this 26th day of January, 2011.

    Respectfully submitted,

    ERIC BUCHANAN & ASSOCIATES, PLLC
    ATTORNEYS FOR PLAINTIFFS

BY:    *s/D. Seth Holliday*
        D. Seth Holliday (#023136)
        414 McCallie Avenue
        Chattanooga TN 37402
        423/634-2506
        FAX: 423/634-2505
        *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

This is to certify that on this 26th day of January, 2011, I have served a copy of the foregoing document upon counsel for all other parties in this action by operation of the Court's electronic filing system, or by depositing a copy of the same in the United States Mail, via certified mail, return receipt requested or regular mail, with sufficient postage affixed thereto to ensure delivery upon the following:

Cameron S. Hill
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-1800
423-209-4160
chill@bakerdonelson.com
Attorney for Defendant

                                                      BY: *s/D. Seth Holliday*