UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| TODD SCHOONOVER, PERSONAL REPRESENTATIVE AND EXECUTOR OF THE ESTATE OF DIANE SCHOONOVER, and ESTATE OF DIANE SCHOONOVER, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | JURY DEMAND |
| v. | ) ) | NO.: 1:10-cv-252 |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | ) ) ) ) | Mattice/Carter |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this case be dismissed, with prejudice.

Respectfully submitted,

/s/ D. Seth Holliday
D. Seth Holliday
Eric Buchanan & Associates, PLLC
414 McCallie Avenue
Chattanooga, Tennessee 37402
(423) 634-2506
(423) 634-2505 (fax)
Attorney for Plaintiffs

/s/ Cameron S. Hill (with consent)
Cameron S. Hill
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450-1800
(423) 209-4160
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2011, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Cameron S. Hill
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-1800
423-209-4160
chill@bakerdonelson.com
Attorney for Defendant

By: */s/ D. Seth Holliday*
D. Seth Holliday